IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 106-155-03 |
| | ) | |
| JOE LOUIS STEWART | ) | |

O R D E R

Presently pending before the Court is a "Motion for Return of Collateral" filed by surety Lynda Price.[1] The Court finds that this case has concluded and there is no reason for bond to continue to be in effect. Thus, the motion (doc. no. 131) is **GRANTED.**

The Clerk of Court is hereby **DIRECTED** to mark the Deed to Secure Debt in this case cancelled and satisfied of record and then return the Deed to Lynda Price at 304 Cotton Avenue, Thomaston, Georgia, 30286.

**ORDER ENTERED** this 23RD day of March 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The other surety on the bond, Donna Price Respress, is deceased.